ACCEPTED
03-13-00558-CV
5143794
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 4:04:37 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00558-CV

## In the Court of Appeals
## for the Third Court of Appeals District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 4:04:37 PM
JEFFREY D. KYLE
Clerk

Marci Lujan, Individually and on Behalf of the
Estate of Jamie Lujan, deceased, and as next friend of
S. L. and S. L., minors,

*Appellant,*

v.

Texas Bell Jeb Apartments LLC; Emerald Garden
Apartments; DTI Investments, Inc.; Bell Jeb
Apartments LLC d/b/a Emerald Garden
Apartments; Party d/b/a Emerald Garden
Apartments, and Debra Wacasey,

*Appellees*

on appeal from the 169th Judicial District Court of Bell County
Cause No. 245,138 C, Honorable Gordon G. Adams, Presiding

## Appellant's Designation of Lead Counsel and Attorney of Record

Appellant Marci Lujan, Individually and on Behalf of the Estate of Jamie

Lujan, deceased, and as next friend of S. L. and S. L., minors, in the above referenced

and numbered cause and pursuant to Rule 6 of the Tex. R. App. P. 6, designates Brian

Appellant's Designation of Lead Counsel and Attorney of Record          Page 1 of 3

W. Butcher of Noteboom - The Law Firm as Lead Counsel and Attorney of Record for Appellant in the trial of of said cause. Appellees have been duly notified of such designation. Appellant requests the Docket Clerk to take notice of Designation of Lead Counsel in accordance with the TEX. R. APP. P. 6.

Respectfully submitted,

/s/Brian W. Butcher
Charles M. Noteboom
State Bar No. 15116875
Brian W. Butcher
State Bar No. 24029928
NOTEBOOM – The Law Firm
669 Airport Freeway, Suite 100
Hurst, Texas 76053
817.282.9700 telephone
817.282.8073 facsimile
butcher@noteboom.com
*Counsel for Appellant*

Marci Lujan, *Appellant*

## Certificate of Service

I certify that I have served a copy of the foregoing document to all counsel of record in accordance with the TEX. R. APP. P., on **May 4, 2015**.

Via Fax No. 214.692.6255
Michael L. Baum
Jeffrey W. Hellberg, Jr.
Angeleque P. Linville
Wick Phillips
2100 Ross Avenue, Suite 950
Dallas, TX 75201


/s/Brian W. Butcher
Brian W. Butcher